# TTABVUE. Trademark Trial and Appeal Board Inquiry System    v1.5

## Opposition

**Number:** 91169175    **Filing Date:** 02/14/2006
**Status:** Pending Court Appeal    **Status Date:** 02/15/2006
**Interlocutory Attorney:** MICHAEL B ADLIN

### Defendant

**Name:** Rohit Prakash
**Correspondence:** Rohit Prakash
1510 S. Hametown Road
Copley, OH 44321-1824
UNITED STATES
treat@somya.us

**Serial #:** 78538315    Application File
**Application Status:** Opposition Pending
**Mark:** TREAT

### Plaintiff

**Name:** Max Rohr, Inc.
**Correspondence:** Charles W. Grimes
Grimes & Battersby, LLP
488 Main Avenue
Norwalk, CT 06851
UNITED STATES
schlesinger@gandb.com, grimes@gandb.com

**Serial #:** 72326505    Application File    **Registration #:** 889636
**Application Status:** Renewed
**Mark:** DUTCH TREATS

## Prosecution History

| # | Date | History Text | Due Date |
|---|---|---|---|
| 68 | 02/16/2010 | SUSPENDED PENDING DISP OF CIVIL ACTION | |
| 67 | 02/09/2010 | P'S OPPOSITION/RESPONSE TO MOTION | |
| 66 | 02/05/2010 | D'S MOT TO SUSP PEND DISP CIV ACTION | |
| 65 | 01/21/2010 | D'S NOTICE OF CIVIL ACTION | |
| 64 | 12/09/2009 | TRIAL DATES RESET | |
| 63 | 11/09/2009 | COURT DECISION: DISMISSED AS A MANDATE ON 11/9/2009 | |
| 62 | 07/13/2009 | D'S COMMUNICATION | |
| 61 | 07/13/2009 | SUSPENDED | |
| 60 | 07/09/2009 | LETTER TO DIRECTOR | |
| 59 | 07/07/2009 | PLAINTIFF'S NOTICE OF RELIANCE | |
| 58 | 07/07/2009 | Confidential Plaintiff's Notice of Reliance | |
| 57 | 06/26/2009 | APPEAL TO CAFC | |
| 56 | 05/13/2009 | CORRECTION TO BOARD`S ORDER | |

## Prosecution History

| # | Date | History Text | Due Date |
|---|---|---|---|
| 55 | 05/08/2009 | MOTION FOR SUMMARY JUDGMENT DENIED | |
| 54 | 03/12/2009 | PROC. REMAIN SUSPENDED PENDING MOT. FOR SUMMARY JUDGMENT | |
| 53 | 03/09/2009 | D'S REPLY BRIEF IN SUPPORT OF CROSS MOT FOR SUMMARY JUDGMENT | |
| 52 | 03/11/2009 | P'S OBJECTIONS TO AMENDED PLEADING | |
| 51 | 02/19/2009 | D'S MOTION TO AMEND AND ADD COUNTERCLAIM | |
| 50 | 02/25/2009 | DECL OF DIZE IN OPP TO D CROSS-MOTION FOR SJ | |
| 49 | 02/25/2009 | P'S OPPOSITION/RESPONSE TO MOTION | |
| 48 | 02/10/2009 | DECL OF DIZE IN SUPPORT OF P'S REPLY FOR SJ | |
| 47 | 02/10/2009 | P'S REPLY IN SUPPORT OF MOTION | |
| 46 | 02/10/2009 | P'S OPPOSITION/RESPONSE TO MOTION | |
| 45 | 01/21/2009 | D'S MOTION TO AMEND AND ADD COUNTERCLAIM | |
| 44 | 01/26/2009 | D'S OPPOSITION/RESPONSE TO MOTION | |
| 43 | 01/07/2009 | DECLARATION OF ERIC WORKMAN IN SUPPORT OF P'S MOTION FOR SJ | |
| 42 | 01/07/2009 | SUSPENDED | |
| 41 | 01/01/2009 | P'S NOTICE OF FILING CONFIDENTIAL DOCUMENTS IN SUPPORT OF ITS MSJ | |
| 40 | 01/01/2009 | DECLARATION OF RUSSELL DIZE IN SUPPORT OF P'S MSJ | |
| 39 | 01/01/2009 | DECALARATION OF ERIC WORKMAN IN SUPPORT OF P'S MSJ | |
| 38 | 01/01/2009 | DECLARATION IN SUPPORT OF P'S MSJ | |
| 37 | 01/01/2009 | MEMORANDUM OF LAW IN SUPPORT OF P'S MSJ | |
| 36 | 01/01/2009 | P'S MOTION FOR SUMMARY JUDGMENT | |
| 35 | 08/13/2008 | TRIAL DATES RESET | |
| 34 | 02/22/2008 | SUSPENDED PENDING DISP OF OUTSTNDNG MOT | |
| 33 | 02/21/2008 | P'S REPLY IN SUPPORT OF MOTION | |
| 32 | 02/19/2008 | CONFIDENTIAL P'S REPLY IN SUPPORT OF MOTION | |
| 31 | 02/15/2008 | CONFIDENTIAL P'S REPLY IN SUPPORT OF MOTION | |
| 30 | 02/08/2008 | D'S OPPOSITION/RESPONSE TO MOTION | |
| 29 | 02/08/2008 | D'S OPPOSITION/RESPONSE TO MOTION | |
| 28 | 02/07/2008 | D'S OPPOSITION/RESPONSE TO MOTION | |
| 27 | 02/06/2008 | D'S OPPOSITION/RESPONSE TO MOTION | |
| 26 | 02/01/2008 | PLAINTIFF'S NOTICE OF TAKING TESTIMONY | |
| 25 | 01/29/2008 | P'S MOTION FOR PROTECTIVE ORDER | |
| 24 | 01/29/2008 | P'S MOTION FOR PROTECTIVE ORDER | |
| 23 | 12/03/2007 | TRIAL DATES RESET | |
| 22 | 05/29/2007 | P'S REPLY IN SUPPORT OF MOTION | |
| 21 | 05/09/2007 | D'S OPPOSITION/RESPONSE TO MOTION | |
| 20 | 05/09/2007 | D'S REPLY IN SUPPORT OF MOTION | |
| 19 | 04/24/2007 | P'S MOTION FOR PROTECTIVE ORDER | |
| 18 | 04/24/2007 | P'S OPPOSITION/RESPONSE TO MOTION | |
| 17 | 04/05/2007 | SUSPENDED PENDING DISP OF OUTSTNDNG MOT | |
| 16 | 04/04/2007 | D'S MOTION TO COMPEL DISCOVERY | |
| 15 | 02/21/2007 | EXTENSION OF TIME GRANTED | |
| 14 | 01/24/2007 | STIPULATION FOR AN EXTENSION OF TIME | |
| 13 | 11/22/2006 | TRIAL DATES RESET | |

## Prosecution History

| #  | Date       | History Text                                 | Due Date   |
|----|------------|----------------------------------------------|------------|
| 12 | 11/17/2006 | STIPULATION FOR AN EXTENSION OF TIME         |            |
| 11 | 10/30/2006 | ANSWER TO COUNTERCLAIM                       |            |
| 10 | 09/29/2006 | RESPONSE DUE 30 DAYS (DUE DATE)              | 10/29/2006 |
| 9  | 09/05/2006 | PL'S MOTION TO SUSPEND                       |            |
| 8  | 03/29/2006 | D'S REPLY IN SUPPORT OF MOTION               |            |
| 7  | 03/28/2006 | P'S OPPOSITION/RESPONSE TO MOTION            |            |
| 6  | 03/21/2006 | ANSWER AND COUNTERCLAIM ( FEE)               |            |
| 5  | 03/16/2006 | DUPLICATE OF ENTRY #004                      |            |
| 4  | 03/13/2006 | MOTION TO AMEND APPLICATION                  |            |
| 3  | 02/15/2006 | PENDING, INSTITUTED                          |            |
| 2  | 02/15/2006 | NOTICE AND TRIAL DATES SENT; ANSWER DUE:     | 03/27/2006 |
| 1  | 02/14/2006 | FILED AND FEE                                |            |

Results as of: 

Search: