UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| ROHIT PRAKASH | ) |
| Plaintiff, | ) CASE NO. 5:10-cv-00033-SL |
| | ) |
| v. | ) JUDGE SARA LIOI |
| | ) |
| ALTADIS U.S.A. INC., ET. AL., | ) |
| Defendants. | ) |

**DECLARATION OF RUSSELL D. DIZE IN SUPPORT OF
JOINT MOTION OF DEFENDANTS TO DISMISS**

I, RUSSELL D. DIZE, pursuant to the requirements of 28 U.S.C. § 1746, declare that the following is true and correct:

1. This declaration is based on personal knowledge from my own participation in the matters described herein and, if called as a witness, I would testify competently to each of the following facts. I submit this declaration in support of the Joint Motion of Defendants to Dismiss.

2. I am a Partner of the law firm Grimes & Battersby, LLP ("Grimes & Battersby").

3. In connection with this action, I prepared tables containing information regarding Defendants' trademark registrations that are referenced in Plaintiff's Amended Complaint ("Complaint"). The information contained in these tables includes the trademarks and their registration numbers, their dates of registration, their dates of first use in commerce, the current owners of the registrations and the Counts and paragraphs of the Complaint in which each trademark is referenced. These tables are attached hereto as Exhibits A and B.

4. I obtained the information contained in Exhibits A and B from the public records of the United States Patent and Trademark Office ("PTO"), which are available on the Internet at www.uspto.gov. Specifically, the applicable records are contained in the PTO's Trademark Electronic Search System ("TESS") and Trademark Application and Registration Retrieval database ("TARR").

5. I regularly use the PTO's TESS and TARR databases in my practice of trademark law. I have found these public records to be very reliable and to accurately reflect the information contained in actual trademark files.

6. Exhibit A is a table consisting of the forty-seven (47) purported "Cuban" trademark registrations that Plaintiff alleges have been unlawfully obtained or procured by Defendants. Exhibit A has been sorted so that registrations related to a specific family of trademarks (e.g., MONTECRISTO) have been grouped together. In addition, within each family of trademarks, Exhibit A has been sorted chronologically by registration date, from the newest to oldest registration.

7. Exhibit B is a table consisting of the six (6) registrations referenced in the Complaint that contain or concern the term "Dutch," including four (4) registrations relating to the DUTCH MASTERS trademark (one of which is a design only), as well as registrations for DUTCH TREATS and DUTCHIES.

8. Plaintiff's Complaint references three (3) registrations that have not been included in Exhibits A and B, namely, registrations for the trademarks ROYAL CUBAN, ROYAL HAVANA and HAVANA SWEETS. These registrations have not been included in Exhibits A and B because Plaintiff does not allege that they are "Cuban" trademarks that were unlawfully obtained or procured, and they have no relation to the term "Dutch."

3

9. According to the TESS and TARR databases, all fifty-six (56) trademark registrations that Plaintiff seeks to cancel in Count 7 of his Complaint are owned either by Max Rohr, Inc. or Cuban Cigar Brands, N.V., and the DUTCH TREATS registration is owned exclusively by Max Rohr, Inc.

I hereby declare that the foregoing is true and correct under penalty of perjury.

Dated: April 7, 2010

_____
Russell D. Dize

PRAKASH v. ALTADIS U.S.A. INC. ET AL.
ALLEGED "CUBAN" TRADEMARK REGISTRATIONS/APPLICATIONS REFERENCED IN AMENDED COMPLAINT

| TRADEMARK | REFERENCED IN COUNTS | REFERENCED IN PARAGRAPHS | REGISTRATION NUMBER | REGISTRATION DATE | FIRST USE IN COMMERCE | CURRENT OWNER |
|---|---|---|---|---|---|---|
| H. UPMANN | 1, 7 | 37; 103-107; 149-151; 277; 279-283 | 2649682 | 11/12/2002 | 5/17/1997 | Cuban Cigar Brands, N.V. |
| H. UPMANN | 1, 7 | 37; 103-107; 149-151; 277; 279-283 | 2494136 | 10/2/2001 | 5/1/1997 | Cuban Cigar Brands, N.V. |
| H. UPMANN | 1, 7 | 37; 103-107; 149-151; 277; 279-283 | 2483762 | 8/28/2001 | 5/1/1997 | Cuban Cigar Brands, N.V. |
| H. UPMANN | 1, 7 | 37; 103-107; 149-151; 277; 279-283 | 2435147 | 3/13/2001 | 0/0/1846 | Cuban Cigar Brands, N.V. |
| H. UPMANN 2000 | 1, 7 | 37; 103-107; 149-151; 277; 279-283 | 2300653 | 12/14/1999 | 4/30/1999 | Cuban Cigar Brands, N.V. |
| THAT'S ONE-UPMANNSHIP | 1, 7 | 37; 103-107; 149-151; 277; 279-283 | 2225396 | 2/23/1999 | 0/0/1987 | Cuban Cigar Brands, N.V. |
| H. UPMANN APERITIFS | 1, 7 | 37; 103-107; 149-151; 277; 279-283 | 1874115 | 1/17/1995 | 6/28/1988 | Cuban Cigar Brands, N.V. |
| H. UPMANN | 1, 7 | 37; 103-107; 149-151; 277; 279-283 | 0089518 | 12/17/1912 | 0/0/1846 | Cuban Cigar Brands, N.V. |
| MONTECRISTO CLASSIC COLLECTION | 1, 7 | 37; 108-112; 152-155; 276; 279-283 | Serial # 78554967 | pending | 7/21/2005 | Cuban Cigar Brands, N.V. |
| MONTECRISTO EDMUNDO | 1, 7 | 37; 108-112; 152-155; 276; 279-283 | Serial # 77653247 | pending | 6/4/2007 | Cuban Cigar Brands, N.V. |
| CASA DE MONTECRISTO | 1, 7 | 37; 108-112; 152-155; 276; 279-283 | 3665071 | 8/4/2009 | 3/3/2009 | Cuban Cigar Brands, N.V. |
| MONTECRISTO | 1, 7 | 37; 108-112; 152-155; 276; 279-283 | 3154457 | 10/10/2006 | 6/19/2006 | Cuban Cigar Brands, N.V. |
| MONTECRISTO CASINO | 1, 7 | 37; 108-112; 152-155; 276; 279-283 | 2872359 | 8/10/2004 | 5/13/2003 | Cuban Cigar Brands, N.V. |
| MONTECRISTO | 1, 7 | 37; 108-112; 152-155; 276; 279-283 | 2855557 | 6/22/2004 | 1/0/2002 | Cuban Cigar Brands, N.V. |
| WORLD OF MONTECRISTO | 1, 7 | 37; 108-112; 152-155; 276; 279-283 | 2673772 | 1/14/2003 | 8/15/1999 | Cuban Cigar Brands, N.V. |
| MONTECRISTO | 1, 7 | 37; 108-112; 152-155; 276; 279-283 | 2623858 | 9/24/2002 | 10/31/2000 | Cuban Cigar Brands, N.V. |
| MONTECRISTO | 1, 7 | 37; 108-112; 152-155; 276; 279-283 | 2594564 | 7/16/2002 | 2/1/2002 | Cuban Cigar Brands, N.V. |
| THE WORLD OF MONTECRISTO MONTE CRISTO | 1, 7 | 37; 108-112; 152-155; 276; 279-283 | 2555239 | 4/2/2002 | 8/15/1999 | Cuban Cigar Brands, N.V. |
| MONTECRISTO | 1, 7 | 37; 108-112; 152-155; 276; 279-283 | 2396980 | 10/24/2000 | 8/0/1997 | Cuban Cigar Brands, N.V. |
| MONTE CRISTO | 1, 7 | 37; 108-112; 152-155; 276; 279-283 | 2304416 | 12/28/1999 | 5/28/1998 | Cuban Cigar Brands, N.V. |
| MONTE CRISTO | 1, 7 | 37; 108-112; 152-155; 276; 279-283 | 2236889 | 4/6/1999 | 2/18/1998 | Cuban Cigar Brands, N.V. |
| MONTE CRISTO | 1, 7 | 37; 108-112; 152-155; 276; 279-283 | 1435633 | 4/7/1987 | 10/1/1960 | Cuban Cigar Brands, N.V. |
| MONTE CRISTO | 1, 7 | 37; 108-112; 152-155; 276; 279-283 | 1173547 | 10/13/1981 | 7/25/1935 | Cuban Cigar Brands, N.V. |
| MONTE CRISTO | 1, 7 | 37; 108-112; 152-155; 276; 279-283 | 0332324 | 2/11/1936 | 7/25/1935 | Cuban Cigar Brands, N.V. |
| POR LARRANAGA | 1, 7 | 37; 113-117; 156-159; 278-283 | 2866858 | 7/27/2004 | 3/0/1892 | Cuban Cigar Brands, N.V. |
| POR LARRANAGA | 1, 7 | 37; 113-117; 156-159; 278-283 | 2862913 | 7/13/2004 | 3/0/1892 | Cuban Cigar Brands, N.V. |
| POR LARRANAGA | 1, 7 | 37; 113-117; 156-159; 278-283 | 1133823 | 4/22/1980 | 3/0/1892 | Cuban Cigar Brands, N.V. |
| POR LARRANAGA | 1, 7 | 37; 113-117; 156-159; 278-283 | 0277131 | 11/4/1930 | 3/0/1892 | Cuban Cigar Brands, N.V. |
| POR LARRANAGA MARCA INDEPENDIENTE DE TABACOS LARRANAGA | 1, 7 | 37; 118-122; 156-159; 278-283 | 0277130 | 11/4/1930 | 9/0/1908 | Cuban Cigar Brands, N.V. |
| ROMEOS | 1, 7 | 36; 123-125; 163-165; 295-300 | 2779761 | 11/4/2003 | 8/1/2002 | Max Rohr, Inc. |
| JULIETAS | 1, 7 | 36; 123-125; 163-165; 295-300 | 2422086 | 1/16/2001 | 8/2/2000 | Max Rohr, Inc. |
| ROMEO Y JULIETA | 1, 7 | 36; 123-125; 163-165; 295-300 | 1047827 | 9/7/1976 | 3/10/1975 | Max Rohr, Inc. |

Exhibit A

**PRAKASH v. ALTADIS U.S.A. INC. ET AL.**
**ALLEGED "CUBAN" TRADEMARK REGISTRATIONS/APPLICATIONS REFERENCED IN AMENDED COMPLAINT**

| TRADEMARK | REFERENCED IN COUNTS | REFERENCED IN PARAGRAPHS | REGISTRATION NUMBER | REGISTRATION DATE | FIRST USE IN COMMERCE | CURRENT OWNER |
|---|---|---|---|---|---|---|
| TTT TRINIDAD | 1, 7 | 36; 126-128; 160-162; 289-294 | 2915420 | 1/4/2005 | 10/15/1997 | Max Rohr, Inc. |
| TRINIDAD | 1, 7 | 36; 126-128; 160-162; 289-294 | 2824209 | 3/23/2004 | 5/0/1997 | Max Rohr, Inc. |
| TRINIDAD CENTROFINOS DIEGO | 1, 7 | 36; 126-128; 160-162; 289-294 | 2824212 | 3/23/2004 | 7/0/1961 | Max Rohr, Inc. |
| TRINIDAD Y HERMANO, S.A. PRUEBE...Y COMPARE | 1, 7 | 36; 126-128; 160-162; 289-294 | 2742149 | 7/29/2003 | 12/1/1998 | Max Rohr, Inc. |
| LA CORONA WHIFFS | 1, 7 | 36; 129-131; 178-180; 295-300 | 1370472 | 11/12/1985 | 2/24/1972 | Max Rohr, Inc. |
| LA CORONA / WHIFFS | 1, 7 | 36; 129-131; 178-180; 295-300 | 1369397 | 11/5/1985 | 2/24/1972 | Max Rohr, Inc. |
| LA CORONA | 1, 7 | 36; 129-131; 178-180; 295-300 | 0862283 | 12/24/1968 | 5/17/1968 | Max Rohr, Inc. |
| LA CORONA | 1, 7 | 36; 129-131; 178-180; 295-300 | 0163335 | 1/9/1923 | 3/0/1882 | Max Rohr, Inc. |
| LA CORONA | 1, 7 | 36; 129-131; 178-180; 295-300 | 0092892 | 8/5/1913 | 0/0/1854 | Max Rohr, Inc. |
| CABANAS | 1, 7 | 36; 129-131; 181-183; 295-300 | 0678758 | 5/19/1959 | 0/0/1895 | Max Rohr, Inc. |
| H DE CABANAS CABS Y CARBAJAL | 1, 7 | 36; 129-131; 181-183; 295-300 | 0313205 | 5/22/1934 | 0/0/1795 | Max Rohr, Inc. |
| SAINT LUIS REY | 1, 7 | 36; 129-131; 166-168; 295-300 | 1186087 | 1/12/1982 | 2/6/1980 | Max Rohr, Inc. |
| QUINTERO | 1, 7 | 36; 129-131; 172-174; 295-300 | 1185096 | 1/5/1982 | 2/6/1980 | Max Rohr, Inc. |
| GISPERT | 1, 7 | 36; 129-131; 169-171; 295-300 | 1174476 | 10/20/1981 | 2/6/1980 | Max Rohr, Inc. |
| JUAN LOPEZ | 1, 7 | 36; 129-131; 175-177; 295-300 | 1174477 | 10/20/1981 | 2/6/1980 | Max Rohr, Inc. |

**PRAKASH v. ALTADIS U.S.A. INC. ET AL.**

**TRADEMARK REGISTRATIONS REFERENCED IN AMENDED COMPLAINT RELATED TO TERM "DUTCH"**

| TRADEMARK | REFERENCED IN COUNTS | REFERENCED IN PARAGRAPHS | REGISTRATION NUMBER | REGISTRATION DATE | FIRST USE IN COMMERCE | CURRENT OWNER |
|---|---|---|---|---|---|---|
| DUTCHIES | 1, 5, 7 | 36; 196; 252-253; 270-271; 273-275 | 3015985 | 11/15/2005 | 8/8/2005 | Max Rohr, Inc. |
| DUTCH MASTERS | 1, 5, 7 | 35; 196; 252-253; 270-275 | 1696406 | 6/23/1992 | 4/10/1911 | Max Rohr, Inc. |
| DUTCH MASTERS DESIGN (note: design only) | 1, 5, 7 | 35; 196; 252-253; 270-275 | 1324943 | 3/12/1985 | 4/10/1911 | Max Rohr, Inc. |
| DUTCH TREATS | 1, 2, 3, 4, 5, 7 | 34; 38; 41; 196-197; 222; 237; 245; 252-253; 270-271; 273-275 | 0889636 | 4/21/1970 | 4/11/1969 | Max Rohr, Inc. |
| DUTCH MASTERS | 1, 5, 7 | 35; 196; 252-253; 270-275 | 0502797 | 10/12/1948 | 4/10/1911 | Max Rohr, Inc. |
| DUTCH MASTERS | 1, 5, 7 | 35; 196; 252-253; 270-275 | 0232114 | 8/30/1927 | 4/10/1911 | Max Rohr, Inc. |

Exhibit B